ACCEPTED
03-15-00280-CV
5716292
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 3:08:56 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00280-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 3:08:56 PM
JEFFREY D. KYLE
Clerk

_____

Michael J. DeLitta,

*Appellant*

*v.*

Nancy Schaefer

*Appellee*

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellee Nancy Schaefer files this motion for extension of time and would respectfully show the Court as follows:

I.

Appellant filed his brief on June 10, 2015. In this accelerated appeal, Appellee's brief currently is due on Tuesday, June 30, 2015. Appellee requests that the Court grant a 20-day extension of time by which to file her brief. **Granting this motion would make the brief due on July 20, 2015**.

1

II.

Tragedy has struck the TAYLOR, DUNHAM AND RODRIGUEZ family, as David Dunham's young son died unexpectedly. While Mr. Dunham is not counsel of record in this appeal, the sad situation has created uncertainty in the small firm's docket. Additional time would allow the partners to support each other during this difficult time, personally and professionally.

This extension is not sought for delay and is Ms. Schaefer's first request for extension of time in this case.

Appellant, through counsel, indicates that he does not oppose the relief sought in this motion.

**PRAYER**

Appellee Nancy Schaefer asks the Court to grant her a 20-day extension, making her brief due on July 20, 2015. Appellee also prays for any and all further relief to which she may be entitled.

Dated:  June 17, 2015                    Respectfully submitted,

By:    /s/ Lisa Bowlin Hobbs

Donald R. Taylor                          Lisa Bowlin Hobbs
  State Bar No. 19688800                State Bar No. 24026905
  dtaylor@taylordunham.com            Lisa@KuhnHobbs.com
Of Counsel Stacey Reese                   Kurt Kuhn
  State Bar No. 24056188                State Bar No. 24002433
  stacey@reeselawpractice.com           Kurt@KuhnHobbs.com
TAYLOR DUNHAM & RODRIGUEZ LLP              KUHN HOBBS PLLC
301 Congress Avenue, Suite 1050           3307 Northland Drive, Suite 310
Austin, Texas  78701                      Austin, Texas  78731
(512) 473-2257                            (512) 476-6003
(512) 478-4409 (fax)                      (512) 476-6002 (fax)

                                              Howard F. Carter, Jr.,
  State Bar No. 03916500
  sam@scarterlawfirm.com
HOWARD F. CARTER, JR., P.C.
5600 Tennyson Parkway, Suite 160
Plano, Texas  75024
(972) 455-2001
(972) 455-2015 (fax)

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1, I certify that, on June 16, 2015, I conferred with Douglas R. Drucker, counsel for Appellant, regarding this motion via email.  Mr. Drucker indicated that he is not opposed to the relief requested.

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs

3

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2015, and in compliance with the Texas Rules of Appellate Procedure, a true and correct copy of this motion has been served as follows:

Douglas R. Drucker                                                  *via e-Service*
Kirby D. Hopkins
DRUCKER | HOPKINS LLP
21 Watery Avenue, Suite 300
The Woodlands, TX  77380
**Counsel for Appellant**

Eric J. Taube                                                       *via e-Service*
HOHMANN, TAUBE & SUMMERS LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
**Counsel for Axiom entities and
Jeff Compton**


                                          /s/ Lisa Bowlin Hobbs
                                          Lisa Bowlin Hobbs